Filed 6/6/2023 11:49 AM
Sara L. Smith
Lubbock County - 99th District Court
Lubbock County, Texas

## CAUSE NO. DC-23-CV-0459

TB

| | | |
|---|---|---|
| JANE DOE (K.D.) | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | LUBBOCK COUNTY, TEXAS |
| | § | |
| ISHVARPREMI HOSPITALITY LLC | § | |
| D/B/A RED ROOF INN and USA | § | |
| HOTEL LODGING LTD D/B/A | § | |
| RED ROOF INN | § | |
| *Defendant* | § | 99TH JUDICIAL DISTRICT |

### PLAINTIFF JANE DOE (K.D.)'S NOTICE OF TRANSFER TO THE MDL COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Texas Rules of Judicial Administration 13.5, Jane Doe (K.D.) gives notice of the transfer of the above-captioned case to the multidistrict court.

Attached as Exhibit A is the Order of the MDL Panel *In re: Jane Doe Cases,* MDL Panel Docket No. 19-0991.

Attached as Exhibit B is an Order of the MDL Panel ordering transfer of *In re: Jane Doe Cases* "and all tag-along cases" to Honorable Mark Davidson, 11th District Court of Harris County, Texas.

Attached as Exhibit C is Plaintiff's Original Petition filed in the 99th Judicial District of Lubbock County, Texas.

As required by Rule 13.5(a) of the Texas Rules of Judicial Administration, the following parties have appeared and remain in this case:

| Party | Counsel of Record |
|---|---|
| Plaintiff, Jane Doe K.D. | **PROVOST UMPHREY LAW FIRM, L.L.P.**<br>Matthew C. Matheny \| SBN 24039040<br>Bryan O. Blevins \| SBN 02487300<br>Jacqueline Ryall \| SBN 17469445<br>Colin D. Moore \| SBN 24041513<br>350 Pine Street, Suite 1100<br>Beaumont, Texas 77701<br>(409) 835-6000<br>(409) 838-8888 Facsimile<br>Email: mmatheny@pulf.com<br>Email: bblevins@provostumphrey.com<br>Email: jryall@provostumphrey.com<br>Email: cmoore@pulf.com<br><br>**ANNIE MCADAMS PC**<br>Annie McAdams \| SBN 24051014<br>1150 Bissonnet<br>Houston, Texas 77005<br>(713) 785-6262<br>(888) 713-0451 Facsimile<br>Email: annie@mcadamspc.com<br><br>**SICO HOELSCHER HARRIS, LLP**<br>David E. Harris \| SBN 24049273<br>Morgan A. Malouf \| SBN 24127767<br>802 N. Carancahua, Suite 900<br>Corpus Christi, Texas 78401<br>(361) 653-3300<br>(361) 653-3333 Facsimile<br>Email: dharris@shhlaw.com<br>Email: mmalouf@shhlaw.com<br><br>**THE GALLAGHER LAW FIRM**<br>Michael T. Gallagher \| SBN 07586000<br>Pamela McLemore \| SBN 24099711<br>2905 Sackett Street<br>Houston, Texas 77098<br>(713) 222-8080<br>(713) 222-0066 Facsimile<br>Email: mike@gld-law.com<br>Email: pamm@gld-law.com |
| Ishvarpremi Hospitality LLC d/b/a Red Roof Inn | **FLETCHER, FARLEY, SHIPMAN & SALINAS, L.L.P.**<br>Paul W. Bennett \| SBN 00787071<br>Jason B. Jacob \| SBN 24098825 |

Copy from re:SearchTX

| | 9201 N. Central Expwy., 6th Floor |
| | Dallas, Texas 75231 |
| | (214) 987-9600 |
| | (214) 987-9866 Facsimile |
| | Email: paul.bennett@fletcherfarley.com |
| | Email: jason.jacob@fletcherfarley.com |
| USA Hotel Lodging Ltd. d/b/a Red Roof Inn | **WALTERS, BALIDO & CRAIN, L.L.P.** |
| | S. Todd Parks \| SBN 15526520 |
| | 400 Main Street |
| | Decatur, Texas 76234 |
| | (940) 626-8254 |
| | (214) 760-1670 Facsimile |
| | Email: parksedocsnotifications@wbclawfirm.com |

Respectfully submitted,

**PROVOST★UMPHREY LAW FIRM, L.L.P.**

By: _/s/ Colin D. Moore_____

Matthew C. Matheny | SBN 24039040
Bryan O. Blevins | SBN 02487300
Jacqueline Ryall | SBN 17469445
Colin D. Moore | SBN 24041513
350 Pine Street, Suite 1100
Beaumont, Texas 77701
(409) 835-6000
(409) 838-8888 Facsimile
mmatheny@pulf.com
bblevins@provostumphrey.com
jryall@provostumphrey.com
cmoore@pulf.com

**ANNIE MCADAMS PC**
Annie McAdams | SBN 2405104
1150 Bissonnet
Houston Texas 77005
(713) 785-6262
(888) 713-0451 Facsimile
annie@mcadamspc.com

**SICO, HOELSCHER, HARRIS, LLP**
David E. Harris | SBN 24049273
Morgan A. Malouf | SBN 24127767
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

Copy from re:SearchTX

(361) 653-3300
(361) 653-3333 Facsimile
dharris@shhlaw.com
mmalouf@shhlaw.com

**THE GALLAGHER LAW FIRM**
Michael T. Gallagher | SBN 07586000
Pamela McLemore | SBN 24099711
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 Facsimile
mike@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that on June 6, 2023, the foregoing was filed with the Clerk of the court and served on all counsel of record through electronic mail in accordance with Rule 13.3(h) of the Texas Rules of Judicial Administration and Rule 21 of the Texas Rules of Civil Procedure.

*/s/ Colin D. Moore*
Colin D. Moore

Copy from re:SearchTX

# EXHIBIT A

Copy from re:SearchTX

# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced January 16, 2020

## THE MOTION FOR TRANSFER IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE IS GRANTED:

19-0991        IN RE JANE DOE CASES

Movant Salesforce's motion to transfer under Rule 13 of the Texas Rules of Judicial Administration, filed November 1, 2019, is granted. The panel will issue a separate order at a later date naming the judge to whom the cases will be transferred.

Per Curiam Opinion

Copy from re:SearchTX

# EXHIBIT B

Copy from re:SearchTX

# ORDER OF MULITDISTRICT LITIGATION PANEL

Order Pronounced May 6, 2020

### DESIGNATION OF PRETRIAL COURT AND APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION CASE:

19-0991        IN RE JANE DOE CASES

Wherefore a Per Curiam Order dated January 16, 2020 granted Salesforce's Motion to Transfer. An existing stay in the case was continued by the Order pending the designation of a Pretrial Court and assignment of a Pretrial Judge. The Panel on Multi-District Litigation has decided to designate the 11th District Court of Harris County Texas the Pretrial Court and assign the Honorable Mark Davidson as the Pretrial Judge

IT IS THEREFORE ORDERED THAT:

1. The 11th District Court is hereby designated as the Pretrial Court.

2. The Honorable Mark Davidson is hereby assigned to the serve as the Pretrial Judge.

3. The following cases are transferred to the Pretrial Court:

    a. All cases listed in Appendix A to Salesforce's Motion for Transfer.

    b. The case listed in Exhibit A to Salesforce's Notice of Related Rule 202 Petition, which was filed with the panel December 25, 2019.

    c. The case listed in Exhibit A to Salesforce's Notice of Related Civil Action, which was filed with the panel December 19, 2019; and

    d. All tag-along cases. See TEX. R. JUD. ADMIN. 13.2 (g).

4. The stay previously issued in this case is hereby lifted.

Copy from re:SearchTX

# EXHIBIT C

Copy from re:SearchTX

Filed 4/17/2023 3:37 PM
Sara L. Smith
Lubbock County - 99th District Court
Lubbock County, Texas

DC-2023-CV-0459                                    MAS

CAUSE NO. _____

| | | |
|---|---|---|
| JANE DOE (K.D.) | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | ___ JUDICAL DISTRICT |
| ISHVARPREMI HOSPITALITY LLC | § | |
| D/B/A RED ROOF INN, and | § | |
| USA HOTEL LODGING LTD | § | |
| D/B/A RED ROOF INN | § | |
| | § | |
| *Defendants.* | § | LUBBOCK COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

     Jane Doe (K.D.), Plaintiff in the above-styled and numbered cause, files this Original Petition against ISHVARPREMI HOSPITALITY LLC D/B/A RED ROOF INN and USA HOTEL LODGING LTD D/B/A RED ROOF INN, as Defendants, and respectfully shows the Court as follows:

## I.    SUMMARY OF CASE

    1.    Sex trafficking is a public health crisis that has hit epidemic proportions in our communities, resulting in a devastating effect on its survivors and a crushing financial effect on our world. In 2019, Governor Abbot formally declared sex trafficking a public health crisis in Texas.[1] Estimates are that in 2016 there were as many as 40.3 million victims of human trafficking and sexual exploitation worldwide, including 4.8 million people trapped in sexual exploitation.[2]

    2.    The exploitation of victims of sex trafficking and prostitution most often does not

---

[1] https://capitol.texas.gov/tlodocs/86R/billtext/pdf/HC00035F.pdf#navpanes=0

[2] INT'L LABOUR OFFICE, *Global estimates of modern slavery: Forced labour and forced marriage*, at 9, 38, https://www.ilo.org/wcmsp5/groups/public/---dgreports/---dcomm/documents/publication/wcms_575479.pdf.

Copy from re:SearchTX

occur solely at the hands of the traffickers and sex buyers. Rather, technology companies and hotels often play an equal hand in the exploitation of these victims.

### The Role of the Hotel Industry and Defendant Hotels

3.      Today, sex trafficking is pervasive in the United States, and hotels are the primary place where it happens.[3] For years, sex traffickers have "been able to reap these profits with little risk when attempting to operate within hotels."[4] In 2014, 92% of calls received by the National Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.[5] Hotels have been found to account for over 90% of commercial exploitation of children.[6] The Hotel Industry and Defendant Hotel Franchisors and Franchisees knowingly facilitate and benefit financially and otherwise from sex trafficking at their locations and the specific locations complained of herein.

4.      To address the crisis of sex trafficking at hotels, multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Texas Attorney General, Love 146, EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking.[7]

---

[3] "This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-us-slavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

[4] See Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry; see also Eleanor Goldberg, You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic, Huffington Post, June 2016, at http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-trafficking-victims-life_us_57714091e4b0f168323a1ed7

[5] Michele Sarkisian, Adopting the Code: Human Trafficking and the Hotel Industry, Cornell Hotel Report, October 2015, at https://scholarship.sha.cornell.edu/cgi/vi ewcontent.cgi?article=1222&context=chrpubs Oct. 2015

[6] See Erika R. George and Scarlet R. Smith, In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).

[7] https://www.dhs.gov/blue-campaign; United States Department of Homeland Security Blue Campaign – One Voice. One Mission. End Human Trafficking.Source:https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf; https://www.missingkids.org/theissues/trafficking#riskfactors;

Copy from re:SearchTX

5.      Some of the policies and procedures recommended to the Hotel Industry and Defendant Hotel Franchisors and Franchisees designed to reduce or eliminate sex trafficking on their premises include learning to identify warning signs and indicators of sex trafficking, including but not limited to:[8]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

- Individuals show signs of physical abuse, restraint, and/or confinement;

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

- Individuals lack freedom of movement or are constantly monitored;

- Individuals avoid eye contact and interaction with others;

- Individuals have no control over or possession of money or ID;

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appear to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

---

https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf;
https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf
[8] *See Id.*

---

Plaintiff's Original Petition (Jane Doe K.D.)
Page 3

Copy from re:SearchTX

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.

6.      Jane Doe (K.D.) was trafficked at the identified Defendants Hotel locations while exhibiting numerous signs and behaviors consistent with these recommendations in the presence of Defendants' employees and agents.

### The Solution

7.      Fortunately, Texas was among the first states to follow the Federal Government's lead in recognizing that actors other than actual traffickers and Johns, were participating in, promoting, facilitating, and benefitting from the selling of sex and sex trafficking.

8.      To hold traffickers and the facilitators and promoters of prostitution responsible, the Texas legislature enacted Chapter 98 of the Texas Civil Practice and Remedies Code, a provision that allows Jane Doe (K.D.) to bring claims against all who participated, promoted, facilitated, or benefitted from her trafficking.

9.      Chapter 98 seeks to hold those who engage in and those who benefit from prostitution and sex trafficking accountable to the resulting victims. Chapter 98 focuses on the "trafficking of persons" and is a cause of action that focuses on conduct that constitutes an underlying criminal offense.

10.     Chapter 98 is to be liberally construed and applied to promote their underlying purpose to protect persons from human trafficking/compelled prostitution and provide adequate remedies to victims of human trafficking/compelled prostitution. [9]

11.     The criminal justice system has been bearing the cross in the fight against the selling of sex and sex trafficking for far too long by prosecuting the traffickers, prostitution promoters, and

---

[9] Tex. Civ. Prac. & Rem. Code Ann. § 98.006 and § 98A.006.

Plaintiff's Original Petition (Jane Doe K.D.)
Page 4

Copy from re:SearchTX

sex buyers.  It is now time for the civil justice system to hold those who profit from this sex trafficking and prostitution industry accountable for their wrongful conduct.

12.    For these reasons, and with great strength and courage, Jane Doe (K.D.) brings suit under Chapter 98 and related causes of action.

## II.    DISCOVERY CONTROL PLAN

13.    Jane Doe (K.D.) intends to conduct discovery pursuant to Texas Rule of Civil Procedure 190.4 (Level 3) and the latest TX MDL No. 19-0991 Case Management Order.

## III.    JURISDICTION AND VENUE

14.    Venue is proper in this Court pursuant to Texas Civ. Prac. & Rem. Code 15.002 because all or a substantial part of the events giving rise to this lawsuit occurred in Lubbock County, Texas, and because at least one Defendant maintains its principal office in the State of Texas.  Venue is therefore proper over all other defendants pursuant to Texas Civ. Prac. & Rem. Code 15.005.

15.    Jane Doe (K.D.)'s damages are in excess of $1,000,000.00.

## IV.    PARTIES

### A.    PLAINTIFF

16.    Plaintiff Jane Doe (K.D.) was at all relevant times a trafficked person as that term is defined in Texas Civil Practice and Remedies Code Chapter 98. Jane Doe (K.D.) is a resident of Taylor County, Texas. Given the nature of these allegations, this complaint identifies Jane Doe (K.D.) as "Jane Doe (K.D.) or Jane Doe" throughout. She may be contacted through her lead counsel, whose information is contained below.

17.    There is a collective and compelling interest in keeping Jane Doe (K.D.)'s identity anonymous.

Copy from re:SearchTX

**B.    HOTEL DEFENDANTS**

18.    Ishvarpremi Hospitality LLC d/b/a Red Roof Inn is a for-profit Texas company with its principal place of business in Lubock, Texas. K.D. was trafficked at its hotel located at 6624 Interstate 27 Lubbock, TX 79412. Ishvarpremi Hospitality LLC dba Red Roof Inn may be served through its registered agent: **Mahesh I. Patel, 2929 N. Central Expressway, Suite 240, Richardson, TX 75080**.

19.    USA Hotel Lodging Ltd d/b/a Red Roof Inn is a for-profit Texas company with its principal place of business in Amarillo, TX. Jane Doe (K.D.) was trafficked at its hotel located at 6800 W IH 40 Frontage Rd, Amarillo, TX 79106. USA Hotel Lodging Ltd bda Red Roof Inn may be served through its registered agent: **Usha Bhakta, 1501 S. Ross, Amarillo, TX 79102**.

### STATEMENT OF FACTS

**About Jane Doe (K.D.)**

20.    Jane Doe K.D. never expected to become a victim of human trafficking. While living in a battered women's shelter, she started dating a close friend. He later started posting ads advertising her for sex. From January 1, 2013 through May 31, 2018, Jane Doe K.D.'s traffickers moved her around to various motels, including USA Hotel Lodging Ltd d/b/a Red Roof Inn at 6800 I-40 Frontage Rd, Amarillo, TX 79106 and Ishvarpremi Hospitality LLC d/b/a Red Roof Inn at 6624 Interstate 27, Lubbock, TX 79404.

### V.    RULE 28 ASSUMED OR COMMON NAME

21.    Jane Doe (K.D.) brings this petition against Defendants in their assumed or common name and expressly reserves the right under Texas Rule of Civil Procedure 28 to substitute the true name of any Defendant if needed or in response to Court Order.  Moreover, Jane Doe (K.D.)

Copy from re:SearchTX

expressly invokes the right to amend under the doctrine of misnomer if any Defendants have been properly served but were done so under the wrong legal name.

## VI.    FACTS REGARDING THE HOTEL DEFENDANTS

### A.    Human Trafficking and Sexual Exploitation are a Rampant, Well-known Problem in the Hotel Industry.

22.    As described above in paragraphs, sex trafficking is pervasive in the United States, and the hotel industry, Defendant Hotels, Franchisors and Franchisees knew their hotels were the primary place where it happens.

23.    Recognizing the unique vantage point that that hotel owners and staff have to identify potential human trafficking victims on their properties, the major hotel chains, including franchisors, franchisees, and owner/operators, have told the public they have accepted the unique opportunity and responsibility to stop facilitating sex trafficking. In order to meet that responsibility, major hotel chains, including Defendant Hotels, have adopted robust anti-human trafficking policies to train its employees to identify and properly respond to the "red flags" of sex trafficking. Each and every Defendant named herein had the opportunity and responsibility to adopt, implement, and enforce similar policies at their hotel properties. Unfortunately for Jane Doe K.D., such policies were either not in place or were not enforced.

### B.  The Hotel Industry's Role in Sex Trafficking

24.    Today, sex slavery is pervasive in the United States, and hotels are the primary place where it happens.[10] For years, sex traffickers have "been able to reap these profits with little risk

---

[10] This is not only a dominant issue, it's an epidemic issue." See Jaclyn Galucci, Human Trafficking is an Epidemic in the U.S. It's Also Big Business, Fortune, April 2019, at https://fortune.com/2019/04/14/human-sex-trafficking-us-slavery/ citing Cindy McCain, who chairs the McCain Institute's Human Trafficking Advisory Council. "It's also something that is hiding in plain sight. It's everywhere—it's absolutely everywhere." Id.

Copy from re:SearchTX

when attempting to operate within hotels."[11] In 2014, 92% of calls received by the National Human Trafficking Hotline involved reports of sex trafficking taking place at hotels.[12]  Hotels have been found to account for over 90% of commercial exploitation of children.[13]

25.    To address the crisis of sex trafficking at hotels, multiple agencies and organizations who actively combat sex trafficking, including the United States Department of Homeland Security, the National Center for Missing and Exploited Children, the Polaris Project, the Texas Attorney General, Love 146, EPCAT, among others, have established recommended policies and procedures for recognizing the signs of sex trafficking. [14]

26.    Some of the recommended policies and procedures intended to reduce or eliminate sex trafficking, include learning to identify sex trafficking victims like Jane Doe K.D. and the warning signs and indicators of sex trafficking, including but not limited to:[15]

- Individuals show signs of fear, anxiety, tension, submission, and/or nervousness;

- Individuals show signs of physical abuse, restraint, and/or confinement;

- Individuals exhibit evidence of verbal threats, emotional abuse, and/or being treated in a demeaning way;

- Individuals show signs of malnourishment, poor hygiene, fatigue, sleep deprivation, untreated illness, injuries, and/or unusual behavior;

---

[11] *See* Human Trafficking in the Hotel Industry, Polaris Project, February 10, 2016, at https://polarisproject.org/blog/2016/02/10/human-trafficking-hotel-industry;  see also Eleanor Goldberg, You Could Help Save A Trafficking Victim's Life With Your Hotel Room Pic, Huffington Post, June 2016, at http://www.huffingtonpost.com/entry/taking-a-photo-of-your-hotel-room-could-help-save-a-trafficking-victims-life_us_57714091e4b0f168323a1ed7

[12] Michele Sarkisian, Adopting the Code: Human Trafficking and the Hotel Industry, Cornell Hotel Report, October 2015, at https://scholarship.sha.cornell.edu/cgi/vi ewcontent.cgi?article=1222&context=chrpubs Oct. 2015

[13] See Erika R. George and Scarlet R. Smith, In Good Company: How Corporate Social Responsibility Can Protect Rights and Aid Efforts to End Child Sex Trafficking and Modern Slavery, 46 N.Y.U. J. Int'l L. & Pol. 55, 66-67 (2013).

[14] https://www.dhs.gov/blue-campaign; United States Department of Homeland Security Blue Campaign – One Voice. One Mission.    End Human    Trafficking.Source:https://www.dhs.gov/sites/default/files/publications/blue-campaign/toolkits/hospitality-toolkit-eng.pdf;    https://www.missingkids.org/theissues/trafficking#riskfactors; https://love146.org/wp-content/uploads/2017/04/Hospitality-Red-Flag-and-Reporting-Love146.pdf; https://www2.texasattorneygeneral.gov/files/human_trafficking/human_trafficking_red_flags_handout.pdf

[15] *See Id.*

Copy from re:SearchTX

- Individuals lack freedom of movement or are constantly monitored;

- Individuals avoid eye contact and interaction with others;

- Individuals have no control over or possession of money or ID;

- Individuals dress inappropriately for their age or have lower quality clothing compared to others in their party;

- Individuals have few or no personal items—such as no luggage or other bags;

- Individuals appear to be with a significantly older "boyfriend" or in the company of older males;

- A group of girls appears to be traveling with an older female or male;

- A group of males or females with identical tattoos in similar locations. This may indicate "branding" by a trafficker;

- Drug abuse or frequent use of "party drugs" such as GHB, Rohypnol, Ketamine, MDMA (Ecstasy), Methamphetamines, Cocaine, and Marijuana;

- Possession of bulk sexual paraphernalia such as condoms or lubricant;

- Possession or use of multiple cell phones; and

- Possession or use of large amounts of cash or pre-paid cards.

27.    Recognizing the unique vantage point that hotel owners and staff often have to identify potential human trafficking victims on their properties, several major hotel chains, including franchisors, franchisees, and owner/operators, have told the public they have accepted the unique opportunity and responsibility to stop facilitating sex trafficking.  In order to meet that responsibility, several (if not most) major hotel chains have adopted robust anti-human trafficking policies to train its employees to identify and properly respond to the "red flags" of sex trafficking. Each Defendant named herein had the opportunity and responsibility to adopt, implement, and enforce anti-sex trafficking policies at their locations. Unfortunately for Jane Doe K.D., they failed to do so.

Copy from re:SearchTX

### C. Jane Doe K.D. Was Trafficked at Hotel Defendants' Locations and It Could Have Been Prevented

28.     During her trafficking, Jane Doe K.D.'s traffickers frequently and regularly used specific Hotel Defendants' locations because they knew that members of the staff looked the other way, despite the obvious signs of sex trafficking associated with Jane Doe K.D.'s trafficking at Hotel Defendants' locations.  This would not have occurred if Defendants had implemented and enforced adequate anti-sex trafficking policies and training.

29.     The most effective weapon against sexual exploitation and human trafficking is education and training.[16]  As ECPAT concluded:

> The hospitality industry is in a unique position to identify and report human trafficking due to its perceived anonymity. Traffickers believe they can go unnoticed while exploiting victims across the globe in hotels— ranging from budget properties to luxury resorts. From check-in to check-out there are a number of indicators victims and exploiters exhibit during the time they are on a hotel property. [17]

30.     This same conclusion is echoed by others who seek to eliminate or minimize sex trafficking in the hospitality industry, including the American Hotel Lodging Association: "Hotel employees who have undergone training are more aware of trafficking when it happens – and are more willing to report it – than those who have not been trained."[18] In reference to companies such as named defendants, Carol Smolenski, Executive Director of EPCAT observed: "if they do nothing to raise awareness or to prevent child trafficking, they risk becoming an indirest and unintentional conduit for the abuse that takes place."

---

[16] https://polarisproject.org/recognizing-human-trafficking/
[17] https://www.ecpatusa.org/hotel-training.  ECPAT reports that, of hotel employees who receive training on sex trafficking, 84% have increased awareness of these events compared with 16% of untrained employees.  *See* https://www.ecpatusa.org/novacancy.  See also Sex Trafficking in the Tourism Industry, J. Tourism Hospit. 2015, link at https://www.longdom.org/open-access/sex-trafficking-in-the-tourism-industry-2167-0269-1000166.pdf
[18] https://www.ahla.com/issues/human-trafficking

Copy from re:SearchTX

31.     Despite the obvious signs of sex trafficking at Hotel Defendants' locations, Jane Doe K.D.'s traffickers were allowed to continue to use said locations as the venues for Jane Doe K.D.'s violent sexual exploitation and trafficking.  Adequate sex trafficking education and training of Defendant's employees and Franchisees would have prevented Jane Doe K.D.'s trafficking.

32.     There was heavy foot traffic in and out of Jane Doe K.D.'s room by persons who were not hotel guests. Jane Doe K.D. often had multiple men a day sexually exploiting her at Defendants' Hotels. These individuals entered and left at unusual hours and were present at the hotel for brief periods of time, which are signs of sex trafficking. Additionally, these unregistered, male guests would typically use side or rear doors to enter an exit, another sign of sex trafficking. Had Defendants enforced the policies and procedures they enacted to prevent trafficking from occurring within their hotel after observing the obvious sign's of trafficking as described above, Jane Doe K.D.'s trafficking would have been identified and reported, which would have prevented her trafficking at their location. Furthermore, had Defendant Hotels properly monitored and enforced the franchise policies enacted to identify and prevent trafficking from occurring at their location as described above, Jane Doe K.D.'s trafficking would have been identified and reported, which would have prevented her trafficking at the locations listed above.

33.     Multiple employees, including management level employees, at Defendant Hotels observed signs of sex trafficking specific to Jane Doe K.D.

34.     Multiple employees, including management level employees, at Defendant Hotels interacted with Jane Doe's traffickers and those who paid to sexually exploit her at their location.

35.     Defendant Hotels, as the franchisees and "boots on the ground," observed the signs of sex trafficking present before, during, and after Jane Doe K.D.'s trafficking at their location.

Copy from re:SearchTX

36.    Defendant Hotels were purportedly required to relay their knowledge of Jane Doe K.D.'s sex trafficking to their franchisor.

### D. Jane Doe K.D. was trafficked at Defendant, USA Hotel Lodging Ltd d/b/a Red Roof Inn located at 6800 I-40 Frontage Rd, Amarillo, Texas

37.    From January 1, 2013 to May 31, 2018, Jane Doe K.D. was repeatedly trafficked at Defendant, USA Hotel Lodging Ltd d/b/a Red Roof Inn hotel located at 6800 I-40 Frontage Rd, Amarillo, TX 79106.

38.    Jane Doe K.D.'s traffickers frequently used the Red Roof Inn located at 6800 I-40 Frontage Rd, Amarillo, TX 79106 to traffic Jane Doe K.D.

39.    Jane Doe K.D.'s traffickers specifically chose the Red Roof Inn located at 6800 I-40 Frontage Rd, Amarillo, TX 79106 to traffic Jane Doe because of the access and security it provided.

40.    Jane Doe K.D.'s traffickers used the Red Roof Inn located at 6800 I-40 Frontage Rd, Amarillo, TX 79106 to traffic Jane Doe K.D. because they knew that members of the staff looked the other way.

41.    The people who worked there knew that Jane Doe K.D. was staying at their property and recognized unusual and suspect conduct surrounding her stay. Yet, no one at the hotel notified law enforcement of recognized signs of sex trafficking.

42.    More specifically, upon information and belief, the following signs of sex trafficking were readily present at the Red Roof Inn located at 6800 I-40 Frontage Rd, Amarillo, TX 79106:

   a.   Excessive single male traffic by non-patrons entering and exiting the hotel;

   b.   Increased male foot traffic and lingering non-patrons lined in hallways;

Copy from re:SearchTX

    c.  Refusal by manager to remedy K.D.'s bedbug complaint because he said he knew what they were doing and could not expect renumeration for complaints; and

    d.  Other signs of sex trafficking.

43.    These signs would, at a minimum, provide requisite knowledge of trafficking to USA Hotel Lodging Ltd, but Red Roof Inn also knew, or should have known of trafficking at its branded hotels, including the Red Roof Inn located at 6800 I-40 Frontage Rd, Amarillo, TX 79106.

44.    In order to meet quality standards, Red Roof Inns routinely receive reviews and complaints submitted by patrons on various travel websites, including but not limited to google.com, travelocity.com, priceline.com, booking.com, orbitz.com, expedia.com, yelp.com and others.

45.    Additionally, Red Roof Inns has been aware of sex trafficking occurring on Red Roof Inn branded properties through publicly available online review websites such as such as google.com, travelocity.com, priceline.com, booking.com, orbitz.com, expedia.com, yelp.com and others, which are regularly reviewed by companies such as Red Roof Inn. Online reviews show the pervasiveness of customer reported sex trafficking on Red Roof Inn branded properties and Red Roof Inn's inattentiveness, for example:

- Yelp review from July 29, 2019 the customer wrote, "This place was bad, though fortunately I didn't have any issue with bedbugs. So most importantly, our door was coming apart, partially because it wasn't properly installed--or perhaps because it had been violently forced at some point. The door sat crookedly in the frame, which caused the metal edge thing at the bottom of the door, and the rubber edge thing on the sides of the door to catch, so they were breaking off, and taking parts of the door with them. When the door was "closed" the side under the door knob was off at the base by about 2 inches, allowing all kinds of bugs in at night. Probably could have let mice in as well.The room was dirty when we got there, and no effort was made to clean it in the 4 days of our trip. We were there to hike in Palo Duro Canyon, so we tracked bright red dust in with us (despite our best efforts) and this was definitely not vacuumed away. This was despite generous tips.The bed was made but the sheets weren't changed over our 4 days, again, a bit of an issue when you've been hiking. 100% sure

Copy from re:SearchTX

drug deals and possibly prostitution went on in the parking lot and other rooms. We also heard fighting which spilled out into the courtyard, though fortunately this was about 9am, not during sleeping hours. I will say it was actually pretty quiet at night, which makes me suspect illegal activity all the more, trying to avoid having the cops called.Definitely some meth addicts staying here as well, faces all scabbed up." [19]

- Expedia review from July 22, 2020 the customer wrote, "The freah cigarette smoke in the non-smoking room, the 2 broken beds, the prostitutes and drug dealers outside my door, and the bugs made sleep impossible. Not a safe area, saw several girls "working" while we waited for my husband to check in. They even approached our room. No -refundable so we stayed but we did not feel safe." [20]

- Expedia review from March 17, 2021 the customer wrote, "This was definitely a shady establishment. Signs all over stating that Amarillo residents were not allowed to stay which means in the past there has been a drug or prostitution problem. The drywall was falling off the ceiling from an old water leak and the comforter had multiple large cigarette burns in it and this was a no smoking room. Keep on driving and find something else." [21]

- Booking review from July 28, 2021 the customer wrote, "Positive: Nothing!!!!!!!!!!!!!|Negative: The room was filthy!!!! Towels appeared to have been left from previous customer. Floor had what appeared to be a clot of blood on it and we covered it with one of the two towels we were provided. The floor was filthy. It stunk... didn't realize people could still smoke in the rooms. Curtains were torn where people had grabbed them to shut them. I've honestly never stayed in a nastier hotel in my life and would had left could we have afforded to rent another room on top of the cost of this one. AND it wasn't a cheep hotel... or at least the price wasn't. In the entry there was a sign which said they do not rent to locals.. I should have realized what that meant and walked away at that point. Now I feel like it was used a prostitute hotel. Family members had highly recommended Red Roof because they had stayed in them in other states. It was a shock and disappointment to all three of us." [22]

- Booking review from August 10, 2021 the customer wrote, "Positive: Nothing|Negative: 1. Swimming pool had no water and unusable.
2. No breakfast as advertised.Given a brown bag. With a 79 cent honey bun,

---

[19] Red Roof Inn – Reviews – 6800 I-40 Frontage Rd, Amarillo, TX 79106 – Yelp, https://www.yelp.com/biz/red-roof-inn-amarillo-west-amarillo-2
[20] Red Roof Inn – Reviews – 6800 I-40 Frontage Rd, Amarillo, TX 79106 – Expedia,     https://www.expedia.com/Amarillo-Hotels-Red-Roof-Inn-Amarillo-West.h4221.Hotel-Reviews
[21] Red Roof Inn – Reviews – 6800 I-40 Frontage Rd, Amarillo, TX 79106 -  Expedia, https://www.expedia.com/Amarillo-Hotels-Red-Roof-Inn-Amarillo-West.h4221.Hotel-Reviews
[22] Red Roof Inn – Reviews – 6800 I-40 Frontage Rd, Amarillo, TX 79106 – Booking,     https://www.booking.com/hotel/us/quality-inn-suites-west-amarillo- texas.es.html

Copy from re:SearchTX

3. Price for room and location was very high $140 plus.
4. If you are into local prostitution and drugs, then you found the right spot.
5. Staff was not welcoming and unprofessional.
6. Room smelled like smoke. It was non smoking room.
7. Shower was dirty and room was not clean.
Should have known by the sign at the front desk. Will not rent to local residents."[23]

46.    Along with the Defendant's knowledge gleaned from clients reviews specifically discussing trafficking, prostitution and the presence of pimps, the Defendant was well aware of the amount of criminal activity occurring at their location.

### E.    USA Hotel Lodging Ltd d/b/a Red Roof Inn Knowingly Benefitted from Jane Doe K.D.'s Sex Trafficking

47.    Plaintiff alleges that USA Hotel Lodging Ltd d/b/a Red Roof Inn knowingly received financial benefits from participating in the venture that facilitated Jane Doe K.D.'s trafficking at Red Roof Inn, located at 6800 I-40 Frontage Rd, Amarillo, TX 79106.

48.    Red Roof Inn, as franchisor, generates substantial income from operations of hotels such as USA Hotel Lodging Ltd LLC d/b/a Red Roof Inn. In exchange for providing the services described above, Red Roof Inn received a share of the profits from room rentals collected by USA Hotel Lodging Ltd d/b/a Red Roof Inn. The primary source of Red Roof Inn's income is the franchising royalty fee, but USA Hotel Lodging Ltd d/b/a Red Roof Inn also profits from reservation fees, marketing fees, loyalty program fees, and other miscellaneous ancillary fees, as described in the franchise documents. The fees generated by Red Roof Inn are primarily based on gross room rentals; therefore, Red Roof Inn's profits increase with each room rental.

---

[23] Red Roof Inn – Reviews – 6800 I-40 Frontage Rd, Amarillo, TX 79106 – Booking, https://www.booking.com/hotel/us/quality-inn-suites-west-amarillo-texas.es.html

Copy from re:SearchTX

49.     USA Hotel Lodging Ltd d/b/a Red Roof Inn, as franchisee, profited from every stay by every patron at USA Hotel Lodging Ltd d/b/a Red Roof Inn, both from room rentals and other hotel services.

50.     Therefore, at all material times, Defendant received monetary payment for the rental of rooms at USA Hotel Lodging Ltd d/b/a Red Roof Inn, including the rooms where Jane Doe K.D. was being trafficked.

51.     As a result of the monies paid by Jane Doe K.D.'s traffickers to the secure rooms for her trafficking at USA Hotel Lodging Ltd d/b/a Red Roof Inn, USA Hotel Lodging Ltd d/b/a Red Roof Inn, knowingly benefitted from participating in the venture that trafficked, harbored, and maintained Jane Doe K.D.'s trafficking at USA Hotel Lodging Ltd d/b/a Red Roof Inn.

### F. Jane Doe K.D. was trafficked at Defendant, Ishvarpremi Hospitality LLC d/b/a Red Roof Inn located at 6624 Interstate 27, Lubbock, Texas

52.     From January 1, 2013 to May 31, 2018, Jane Doe K.D. was trafficked at Defendant, Ishvarpremi Hospitality LLC d/b/a Red Roof Inn hotel located at 6624 Interstate 27, Lubbock, TX 79404.

53.     Jane Doe K.D.'s traffickers frequently used the Red Roof Inn located at 6624 Interstate 27, Lubbock, TX 79404 to traffic Jane Doe K.D.

54.     Jane Doe K.D.'s traffickers specifically chose the Red Roof Inn located at 6624 Interstate 27, Lubbock, TX 79404 to traffic Jane Doe because of the access and security it provided.

55.     Jane Doe K.D.'s traffickers used the Red Roof Inn located at 6624 Interstate 27, Lubbock, TX 79404 to traffic Jane Doe K.D. because they knew that members of the staff looked the other way.

Copy from re:SearchTX

56.    The people who worked there knew that Jane Doe K.D. was staying at their property and recognized unusual and suspect conduct surrounding her stay. Yet, no one at the hotel notified law enforcement of recognized signs of sex trafficking.

57.    More specifically, upon information and belief, the following signs of sex trafficking were readily present at the Red Roof Inn located at 6624 Interstate 27, Lubbock, TX 79404:

  e.    Excessive single male traffic by non-patrons entering and exiting the hotel;

  f.    Increased male foot traffic and lingering non-patrons lined in hallways;

  g.    Dirty rooms and comments from housekeeping about how cleaning up after K.D. was offensive to them; and

  h.    Other signs of sex trafficking.

58.    These signs would, at a minimum, provide requisite knowledge of trafficking to Ishvarpremi Hospitality LLC, but Red Roof Inn also knew, or should have known of trafficking at its branded hotels, including the Red Roof Inn located at 6624 Interstate 27, Lubbock, TX 79404.

59.    In order to meet quality standards, Red Roof Inns routinely receives reviews and complaints submitted by patrons on various travel websites, including but not limited to google.com, travelocity.com, priceline.com, booking.com, orbitz.com, expedia.com, yelp.com and others.

60.    Additionally, Red Roof Inn has been aware of sex trafficking occurring on Red Roof Inn branded properties through publicly available online review websites such as such as google.com, travelocity.com, priceline.com, booking.com, orbitz.com, expedia.com, yelp.com and others, which are regularly reviewed by companies such as Red Roof Inn. Online reviews show the pervasiveness of customer reported sex trafficking on Red Roof Inn branded properties and Red Roof Inn's inattentivenewss, for example:

Copy from re:SearchTX

- TripAdvisor review from September 6, 2012 the customer wrote, "Unless you wish to be greated by HOOKERS in the lobby, 40's and other alcohol bottles in the halls. SCARRY!!!! Place to be. We paid for two nights but after lugging our bags up to stairway that smelled like PEE because the elevator was broke, we decided that this really wasn't the safest place for our family to be. The whole place smells like cigarette smoke. Very unclean, even the halls big black dirty stains. WORST HOTEL I'VE EVER STAYED, WELL ALMOST STAYED AT IN MY LIFE!!!!!!! I give this hotel a -5 in rating" [24]

- Trip Advisor review from May 28, 2013 the customer wrote, "Don't be mislead by others, this "hotel" is scary! I looked at a total of 3 rooms before deciding we would go elsewhere. It is filthy and the mattresses were old and sunk in. The staff couldn't have cared less about anything, and I suspect the people who were actually staying there were either drug dealers, pimps or prostitutes. I can't believe some of the reviews were people said how wonderful it was and how much their kids enjoyed the pool...who in the right mind with children would stay in this dump? It doesn't just smell like cigarette smoke it reeks of cigarettes, like 30 years worth of smoking! I asked if we could stay on the 3rd floor and the desk clerk said the only person up there was someone who lives at the hotel full time, and they didn't have the staff to clean our room if we stayed up there. WHAT?!?!? Unless you are down and out don't even bother stopping here. The only thing I could see this place being used for is the sequel to No Country for Old Men." [25]

- TripAdvisor review from February 22, 2015 the customer wrote, "If you work hard for a better standard of living and you love your kids....You don't want to stay here!!!! Junkies,Parolees and Prostitutes.Garbage piled up in the hallway Drug abusers being thrown out into the hallway,This is no exaggeration!! The staff at the front desk were decent but I think it's probably to the point where the inmates are running the prison." [26]

- TripAdvisor review from March 12, 2016 the customer wrote, "We had a weekend trip to Lubbock. We stay at this hotel because pets stay free. It is run down and could use a fix. Not as bad as motel 6 but no la Quinta or Hampton inn. No hot water. Funky smell. But bed comfortable. Pets stay free so that's about the only silver lining. Pretty sure there was a prostitute out back talking to every man that came out there. Would recommend better unless you have pets or low budget." [27]

[24] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Trip Advisor, https://www.tripadvisor.com/Hotel_Review-g56208-d1462022-Reviews-Red_Roof_Inn_Conference_Center_Lubbock-Lubbock_Texas.html
[25] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Trip Advisor, https://www.tripadvisor.com/Hotel_Review-g56208-d1462022-Reviews-Red_Roof_Inn_Conference_Center_Lubbock-Lubbock_Texas.html
[26] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Trip Advisor, https://www.tripadvisor.com/Hotel_Review-g56208-d1462022-Reviews-Red_Roof_Inn_Conference_Center_Lubbock-Lubbock_Texas.html
[27] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Trip Advisor, https://www.tripadvisor.com/Hotel_Review-g56208-d1462022-Reviews-Red_Roof_Inn_Conference_Center_Lubbock-Lubbock_Texas.html

Copy from re:SearchTX

- Booking review from May 31, 2021 the customer wrote, "Positive: Nothing|Negative: Everything. Pools was closed and not advertised online. Had dope fiends walking around all night. Prostitutes actually solicited me both days and the ceiling tile in my restroom was leaking." [28]

- Booking review from September 16, 2022 the customer wrote, "Positive: Not a damn thing|Negative: The staff is very two faced. They will get on to you for something that 10 other people are doing but only you will be in trouble. Staff break the rules more than the customers. Staff selling and doing drugs. Staff belittling customers over a misunderstanding. The last night I was there a young lady who had been there for quite some time had been helping another couple who took advantage of this young lady and was disrespectful to her and stealing from her. This young lady had been having a bad night so she simply asked if she can have time to herself and her friend who was visiting her suggested that the other couple go to his room and relax and be comfortable. So the couple got upset and they took their stuff and put it out in the hallway. While the young lady was relaxing and trying to take a break to clear her thoughts, this couple was downstairs lying and telling staff and other people a bunch of crap so that they would look down upon this girl. Well while they were stirring up crap in the pot for 2 and 1/2 hrs they called the police on the young lady who hadnâ€™t been out of the room that she worked hard to pay for. The older lady knew the policies of this hotel cause she used to work there so they knew if they kept calling the police with these absurd false statements that the motel will kick the young lady out. So they call once and didnâ€™t get the reaction that they wanted. Not even 5 mins after the first set of police leave from the young ladyâ€™s door, there was another set of officers knocking and accusing the young lady once again of something she didnâ€™t do. So the man at the front desk whose name is Tanner told the police that the young lady had to leave even though he also knew that it was all lies. And this older couple had lied to the police. So the young lady didnâ€™t have a foot to stand on because this hotel of low life staff didnâ€™t take the time to investigate the issue." [29]

- Booking review from March 25, 2022 the customer wrote, "Positive: Nothing|Negative: Everything. The vibe made me feel as if it was a hotel for sex trafficking." [30]

---

[28] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Booking, https://www.booking.com/hotel/us/red-roof-inn-and-conference-center-lubbock.en-gb.html?aid=356980&label=gog235jc-1DCAso7AFCKnJlZC1yb29mLWlubi1hbmQtY29uZmVyZW5jZS1jZW50ZXItbHViYm9ja2gzZWNouNQGIAQGYAQm4ARflAQzYAQPoAQGIAgGoAgO4Ao7C9J4GwAIB0gIkN2E2MDVjZTMtZjJkNi00ZDNlLWIyZDMtZTM1ZGIxZmQ0MzAy2AIE4AIIB&dist=0

[29] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Booking, https://www.booking.com/hotel/us/red-roof-inn-and-conference-center-lubbock.en-gb.html?aid=356980&label=gog235jc-1DCAso7AFCKnJlZC1yb29mLWlubi1hbmQtY29uZmVyZW5jZS1jZW50ZXItbHViYm9ja2gzZWNouNQGIAQGYAQm4ARflAQzYAQPoAQGIAgGoAgO4Ao7C9J4GwAIB0gIkN2E2MDVjZTMtZjJkNi00ZDNlLWIyZDMtZTM1ZGIxZmQ0MzAy2AIE4AIIB&dist=0

[30] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Booking, https://www.booking.com/hotel/us/red-roof-inn-and-conference-center-lubbock.en-gb.html?aid=356980&label=gog235jc-1DCAso7AFCKnJlZC1yb29mLWlubi1hbmQtY29uZmVyZW5jZS1jZW50ZXItbHViYm9ja2gzZWNouNQGIAQGYAQm4ARflA

Copy from re:SearchTX

- Booking review from August 30, 2022 the customer wrote, "Negative: Smoke detector was gone bunch of wires sticking out of the wall the curtain rod was being held up by a zip tie ceiling tiles molded warped and about to collapse door lock wasn't all there light did not work when you walk in and all other lights seemed to struggle turning on, tables were stained and had stuff stuck to them, last but not least the door to go inside the building had a male prostitute advertising. I've went there on and off throughout the years but this place has really gone downhill! Not a good place to bring your family at all" [31]

- Booking review from June 29, 2022 the customer wrote, "Negative: I booked a few rooms for employees who were staying out of town for a job. I choose this hotel because it was close to job site & they Claimed to offer free breakfast. I was extremely Disappointed to find out there was No Breakfast Available. My employees stated it was also dirty & had prostitutes offering services just outside" [32]

- Booking review from  April 11, 2022 the customer wrote, "Positive: Nothing|Negative: It constantly reeked of marijuana, the TVs didn't work, the AC's either wouldn't turn on or wouldn't turn off, there is a 2 in gap under every door, the elevators work sporadically, the toilet flushed itself every 3 minutes, the room keys stopped working twice in 3 days, there were homeless people wandering the parking lot, and actual prostitutes leaving the property and openly being paid." [33]

61.    Along with the Defendant's knowledge gleaned from clients reviews specifically discussing trafficking, prostitution and the presence of pimps, the Defendant was well aware of the amount of criminal activity occurring at their location.

---

QzYAQPoAQGIAgGoAgO4Ao7C9J4GwAIB0gIkN2E2MDVjZTMtZjJkNi00ZDNlLWIyZDMtZTM1ZGIxZmQ0MzAy2AIE4A
IB&dist=0&group_adults=2&keep_landing=1&sb_price_type=total&type=total&

[31] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Booking, https://www.booking.com/hotel/us/red-roof-inn-and-
conference-center-lubbock.en-gb.html?aid=356980&label=gog235jc-
1DCAso7AFCKnJlZC1yb29mLWlubi1hbmQtY29uZmVyZW5jZS1jZW50ZXItbHViYm9ja0gzWANotQGIAQGYAQm4ARflA
QzYAQPoAQGIAgGoAgO4Ao7C9J4GwAIB0gIkN2E2MDVjZTMtZjJkNi00ZDNlLWIyZDMtZTM1ZGIxZmQ0MzAy2AIE4A
IB&dist=0

[32] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Booking, https://www.booking.com/hotel/us/red-roof-inn-and-
conference-center-lubbock.en-gb.html?aid=356980&label=gog235jc-
1DCAso7AFCKnJlZC1yb29mLWlubi1hbmQtY29uZmVyZW5jZS1jZW50ZXItbHViYm9ja0gzWANotQGIAQGYAQm4ARflA
QzYAQPoAQGIAgGoAgO4Ao7C9J4GwAIB0gIkN2E2MDVjZTMtZjJkNi00ZDNlLWIyZDMtZTM1ZGIxZmQ0MzAy2AIEAI
B&dist=0

[33] Red Roof Inn – Reviews – 6624 I-27, Lubbock, TX 79404 – Booking, https://www.booking.com/hotel/us/red-roof-inn-and-
conference-center-lubbock.en-gb.html?aid=356980&label=gog235jc-
1DCAso7AFCKnJlZC1yb29mLWlubi1hbmQtY29uZmVyZW5jZS1jZW50ZXItbHViYm9ja0gzWANotQGIAQGYAQm4ARflA
QzYAQPoAQGIAgGoAgO4Ao7C9J4GwAIB0gIkN2E2MDVjZTMtZjJkNi00ZDNlLWIyZDMtZTM1ZGIxZmQ0MzAy2AIE4A
IB&dist=0&group_adults=2&keep_landing=1&sb_price_type=total&type=total&

Copy from re:SearchTX

G.    **Ishvarpremi Hospitality LLC d/b/a Red Roof Inn Knowingly Benefitted from Jane Doe K.D.'s Sex Trafficking**

62.    Plaintiff alleges that Ishvarpremi Hospitality LLC d/b/a Red Roof Inn knowingly received financial benefits from participating in the venture that facilitated Jane Doe K.D.'s trafficking at Red Roof Inn, located at 6624 Interstate 27, Lubbock, TX 79404.

63.    Red Roof Inn, as franchisor, generates substantial income from operations of hotels such as Ishvarpremi Hospitality LLC d/b/a Red Roof Inn. In exchange for providing the services described above, Red Roof Inn received a share of the profits from room rentals collected by Ishvarpremi Hospitality LLC d/b/a Red Roof Inn. The primary source of Red Roof Inn's income is the franchising royalty fee, but Ishvarpremi Hospitality LLC d/b/a Red Roof Inn also profits from reservation fees, marketing fees, loyalty program fees, and other miscellaneous ancillary fees, as described in the franchise documents. The fees generated by Red Roof Inn are primarily based on gross room rentals; therefore, Red Roof Inn's profits increase with each room rental.

64.    Ishvarpremi Hospitality LLC d/b/a Red Roof Inn, as franchisee, profited from every stay by every patron at Ishvarpremi Hospitality LLC d/b/a Red Roof Inn, both from room rentals and other hotel services.

65.    Therefore, at all material times, Defendant received monetary payment for the rental of rooms at Ishvarpremi Hospitality LLC d/b/a Red Roof Inn, including the rooms where Jane Doe K.D. was being trafficked.

66.    As a result of the monies paid by Jane Doe K.D.'s traffickers to the secure rooms for her trafficking at Ishvarpremi Hospitality LLC d/b/a Red Roof Inn, Defendant knowingly benefitted from participating in the venture that trafficked, harbored, and maintained Jane Doe K.D.'s trafficking at Ishvarpremi Hospitality LLC d/b/a Red Roof Inn.

Copy from re:SearchTX

# VII.    CAUSES OF ACTION

**FIRST CAUSE OF ACTION—VIOLATION OF TEXAS CIVIL PRACTICE & REMEDIES CODE § 98.002**

67.    Jane Doe K.D. incorporates all other allegations as if set forth in full herein.

68.    Defendants' acts, omissions, and commissions, described above, taken separately and/or together outlined above constitute a violation of Texas Civil Practice and Remedies Code § 98.002. Specifically, Defendants had a statutory obligation not to knowingly benefit from trafficking of persons, including Jane Doe K.D.  At all relevant times, Defendants breached this obligation by knowingly benefiting from the facilitation of trafficking victims, including Jane Doe K.D., Defendants violated Chapter 98.002 by knowingly engaging in and benefitting in the following manner:

   a.    Profit from renting rooms to those looking to sexually exploit Jane Doe K.D. and other human trafficking victims;

   b.    Increased profit margins due to lower operation cost by refusing to implement proper training of Defendants' employees and managers regarding the signs of human trafficking and the exploitation of victims;

   c.    Increased profit margins due to lower operation cost by refusing to hire qualified security officers who would actively combat human trafficking and the exploitation of victims;

   d.    Increased profit margins as a result of continued customer loyalty by traffickers and johns who sought to exploit victims, including Jane Doe K.D., due to Hotel Defendants' lack of measures against the exploitation of victims and human trafficking. This customer loyalty led to continued alcohol, food, and room sales;

   e.    Increased profit margins as a result of presenting a more "marketable brand" to traffickers and johns looking to exploit victims–which in turn leads to higher alcohol, food, and room sales when these traffickers and johns visit Hotel Defendants' property; and

   f.    Increased profit margins by knowingly catering to the needs of a criminal sub-culture that is looking for locations that will not actively enforce laws against human trafficking and the exploitation of victims or take active security measures to prevent human trafficking and the exploitation of victims on their property.

Copy from re:SearchTX

69.    Defendants have received financial benefits in the form of management fees, licensing fees, and rental fees from the rental of its rooms. As a result of both its overt acts and its choice to knowingly accept the benefits from sex trafficking many victims, including Jane Doe K.D., were trafficked and exploited on the properties of Defendants.

70.    Moreover, Defendants knowingly benefited from the exploitation and trafficking of Jane Doe K.D. on numerous occasions by receiving payment for rooms in which Jane Doe K.D. was exploited at their location. These acts as alleged in this pleading caused Jane Doe K.D. to sustain injuries.

**SECOND CAUSE OF ACTION—NEGLIGENCE**

71.    Jane Doe K.D. incorporates all other allegations as if set forth in full herein.

72.    Defendants had a duty of care to operate their hotel in a manner that did not endanger victims, including Jane Doe K.D. Moreover, Defendants had a duty of care to take reasonable steps to protect the foreseeable victims of the danger created by their acts and omissions, including the danger created by Defendants of human trafficking and exploitation of victims due to Defendants fostering an environment that encouraged this behavior.

73.    At the time of the incident, Defendants were negligent in failing to provide security for its place of business and customers.  Specifically, Defendants had a duty to exercise ordinary care and to provide security as a reasonable and prudent hotel owner would have done.  Defendants breached that duty in one or more of the following ways:

    a.    Failing to provide security for its place of business;

    b.    Failing to provide security for its customers and Plaintiff;

    c.    Failing to warn its customers and Plaintiff of its failure to provide security;

    d.    Failing to properly maintain its premises;

Copy from re:SearchTX

e.   Failing to correct a dangerous condition;

f.   Failing to properly supervise its premises;

g.   Failing to warn its customers and Plaintiff of a dangerous condition that exists on its premises; and

h.   In various other acts or omission of negligence, to be set out more fully at trial.

74.    Defendants were negligent, at a minimum, through the acts described above, which are incorporated by reference.

75.    As a direct and proximate result of Hotel Defendants' wrongful acts and omissions, which were not caused by or contributed to by Jane Doe K.D., nor did they occur through any fault or negligence on the part of Plaintiff, Jane Doe K.D., suffered and continures to suffer severe injuries and damages.

### THIRD CAUSE OF ACTION— GROSS NEGLIGENCE, RECKLESSNESS, WILLFUL AND WANTON CONDUCT

76.    Jane Doe K.D. incorporates all other allegations as if set forth in full herein.

77.    Defendants' acts and omissions constitute gross neglect, recklessness, and willful and wanton conduct.

78.    Viewed objectively from the standpoint of Defendants at the time of the incidents, Defendants' acts and omissions involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Jane Doe K.D.

79.    Defendants nevertheless demonstrated an utter indifference to or conscious disregard for a person's safety or the safety of others, including Jane Doe K.D.

80.    Exemplary damages are warranted for Defendants' gross negligence, recklessness, and willful and wanton conduct.

---

Plaintiff's Original Petition (Jane Doe K.D.)
Page 24

Copy from re:SearchTX

### JOINT AND SEVERAL LIABILITY UNDER CIVIL PRACTICE & REMEDIES CODE § 98.005

81.     Defendants' conduct violated Texas Civil Practice & Remedies Code § 98.002. Therefore, each of the defendants, are jointly and severally liable for the entire amount of damages awarded by a jury in this case under Texas Civil Practice & Remedies Code § 98.005.

### DAMAGES

82.     Plaintiff adopts and re-alleges each paragraph above as if set forth herein. Including the damages specifically alleged above, Jane Doe K.D. seeks the following damages from all Defendants.

83.     Plaintiff prays for all damages as allowed under Texas law including Texas Civil Practice & Remedies Code including, but not limited to:

  a.   Actual damages;

  b.   Mental anguish;

  c.   Court cost;

  d.   Reasonable attorney's fees; and

  e.   Exemplary damages

84.     As a proximate result of Defendants' negligence, Plaintiff suffered severe injuries. As a result of Plaintiff's injuries, Plaintiff prays for damages including but not limited to:

  a.   Physical pain and mental anguish in the past and future;

  b.   Lost earnings;

  c.   Damage to earning capacity;

  d.   Disfigurement in the past and future;

  e.   Physical impairment in the past and future;

  f.   Medial expenses in the past and future; and

Copy from re:SearchTX

g.  Loss of consortium in the past and future.

85.    Plaintiff seeks the award of exemplary damages against Defendants as recoverable und Texas law.

86.    Defendants' acts, omissions, and/or commissions outlined above constitute a knowing violation of Texas Penal Code § 22.04. Therefore, under Texas Civil Practice & Remedies Code § 41.008(c) exemplary damages are unlimited.

87.    The damages sought are greatly in excess of the minimum jurisdictional limits of this Court, as the jury determines to be just and fair.

## VIII. JURY DEMAND

88.    In accordance with Rule 216 of the Texas Rules of Civil Procedure, Plaintiff hereby makes application for a jury trial and request that this cause be set on the Court's Jury Docket.  In support of her application, the appropriate jury fee has been paid to the Clerk at least thirty-days (30) in advance of the trial setting.

## IX.    DISCOVERY RULE

89.    To the extent Defendants assert an affirmative defense of limitations, Plaintiff invokes the discovery rule. At the time Plaintiff was harmed, Plaintiff did not know that she was the victim of human trafficking, that her injury arose from being trafficked at Defendant(s) hotels or that she was a person trafficked as the term is used in Chapter 98 of the Texas Civil Practices and Remedies Code and Chapter 20A of the Texas Penal Code, much less that she was being victimized by a human trafficking venture, and she did not discover and was not in a position to discover the legal cause of her injury, and certainly not more than five years before suit was filed. Moreover, at the time the trafficking occurred, Plaintiff did not know what "human trafficking" as the term is used in Chapter 98 was, much less that she was being victimized by a human trafficking

Copy from re:SearchTX

venture, and she did not discover and was not in a position to discover the existence of a cause of action until shortly before suit was filed, and certainly not more than five years before suit was filed.

## X.    <u>PRAYER</u>

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that this case be set for trial before a jury, and that upon a final hearing of the cause, judgment be entered for Plaintiff against Defendants jointly and severally, for the actual, compensatory, and punitive damages as the evidence may show and the jury may determine to be proper, together with the costs of suit, prejudgment interest, post-judgment interest, and such other and further relief to which Plaintiff may, in law or in equity, show herself to be justly entitled.

Respectfully submitted,

**PROVOST★UMPHREY LAW FIRM, L.L.P.**

By: _____
MATTHEW C. MATHENY | SBN 24039040
BRYAN O. BLEVINS | SBN 02487300
JAQUELINE RYALL | SBN 17469445
COLIN D. MOORE | SBN 24041513
350 Pine Street, Suite 1100
Beaumont, Texas 77701
(409) 835-6000
(409) 838-8888 Facsimile
mmatheny@pulf.com
bblevins@provostumphrey.com
jryall@provostumphrey.com
cmoore@provostumphrey.com

**ANNIE MCADAMS PC**
Annie McAdams | SBN 2405104
1150 Bissonnet
Houston Texas 77005

Copy from re:SearchTX

(713) 785-6262
(888) 713-0451 Facsimile
annie@mcadamspc.com


**SICO, HOELSCHER, HARRIS, LLP**
David E. Harris | SBN 24049273
Morgan A. Malouf | SBN 24127767
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
(361) 653-3300
(361) 653-3333 Facsimile
dharris@shhlaw.com
mmalouf@shhlaw.com


**THE GALLAGHER LAW FIRM**
Michael T. Gallagher | SBN 07586000
Pamela McLemore | SBN 24099711
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713)222-0066 Facsimile
mike@gld-law.com
pamm@gld-law.com


**ATTORNEYS FOR PLAINTIFF**

Plaintiff's Original Petition (Jane Doe K.D.)
Page 28

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mandy Andrews on behalf of Matt Matheny
Bar No. 24039040
mandrews@pulf.com
Envelope ID: 76329222
Filing Code Description: Notice
Filing Description: Jane Doe K.D.'s Notice of Transfer to MDL Court
Status as of 6/6/2023 1:35 PM CST

Associated Case Party: USA HOTEL LODGING LTD D/B/A RED ROOF INN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| S. Todd Parks | | ParksEDocsNotifications@wbclawfirm.com | 6/6/2023 11:49:32 AM | SENT |

Associated Case Party: JANE DOE (K.D.)

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Misty Sonnier | | msonnier@provostumphrey.com | 6/6/2023 11:49:32 AM | SENT |
| Debra Felps | | dfelps@pulf.com | 6/6/2023 11:49:32 AM | SENT |
| Colin D.Moore | | cmoore@pulf.com | 6/6/2023 11:49:32 AM | SENT |
| Jackie Ryall | | jryall@pulf.com | 6/6/2023 11:49:32 AM | SENT |
| Pamela McLemore | 24099711 | pamm@gld-law.com | 6/6/2023 11:49:32 AM | SENT |
| David Harris | 24049273 | dharris@shhlaw.com | 6/6/2023 11:49:32 AM | SENT |
| Annie McAdams | 24051014 | Annie@mcadamspc.com | 6/6/2023 11:49:32 AM | SENT |
| Matthew Matheny | | mmatheny@pulf.com | 6/6/2023 11:49:32 AM | SENT |
| Deborah Kurc | | dkurc@shhlaw.com | 6/6/2023 11:49:32 AM | SENT |
| Bryan OBlevins | | bblevins@pulf.com | 6/6/2023 11:49:32 AM | SENT |
| Mandy Andrews | | mandrews@pulf.com | 6/6/2023 11:49:32 AM | SENT |
| Morgan Malouf | 24127767 | mmalouf@shhlaw.com | 6/6/2023 11:49:32 AM | SENT |
| HT PULF | | HT@provostumphrey.com | 6/6/2023 11:49:32 AM | SENT |
| Rachel RMarshall | | rmarshall@pulf.com | 6/6/2023 11:49:32 AM | SENT |
| Michael TGallagher | | mike@gld-law.com | 6/6/2023 11:49:32 AM | SENT |

Case Contacts

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mandy Andrews on behalf of Matt Matheny
Bar No. 24039040
mandrews@pulf.com
Envelope ID: 76329222
Filing Code Description: Notice
Filing Description: Jane Doe K.D.'s Notice of Transfer to MDL Court
Status as of 6/6/2023 1:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Paul W.Bennett | | paul.bennett@fletcherfarley.com | 6/6/2023 11:49:32 AM | SENT |
| Jason B.Jacob | | jason.jacob@fletcherfarley.com | 6/6/2023 11:49:32 AM | SENT |
| Karen Langston | | karen.langston@fletcherfarley.com | 6/6/2023 11:49:32 AM | SENT |
| Yolanda Rodriguez | | yolanda.rodriguez@fletcherfarley.com | 6/6/2023 11:49:32 AM | SENT |
| Teresa DCaldera | | teresa.caldera@fletcherfarley.com | 6/6/2023 11:49:32 AM | SENT |

Copy from re:SearchTX