CAUSE NO. DC—2023-CV-0459

TB

| | | |
|---|---|---|
| JANE DOE (K.D.), | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 99TH JUDICIAL DISTRICT |
| | § | |
| ISHVARPREMI HOSPITALITY LLC | § | |
| d/b/a RED ROOF INN and USA HOTEL | § | |
| LODGING LTD. d/b/a RED ROOF INN, | § | |
| | § | |
| Defendants. | § | LUBBOCK COUNTY, TEXAS |

### DEFENDANT USA HOTEL LODGING LTD. d/b/a RED ROOF INN'S MOTION TO TRANSFER VENUE, ORIGINAL ANSWER SUBJECT THERETO AND MOTION TO SEVER

Defendant USA Hotel Lodging Ltd. d/b/a Red Roof Inn ("Defendant") files and serves its Motion to Transfer Venue, Original Answer Subject Thereto and Motion to Sever to Plaintiff's live petition, and in support thereof would respectfully represent and show unto the Court the following:

### I. INTRODUCTION

Plaintiff alleges she was a victim of human trafficking at two unrelated hotels in two different counties between January 1, 2013, through May 31, 2018. (*See* Plaintiff's Original Petition ("POP")) Specifically, Plaintiff alleges she was a victim of human trafficking at a hotel owned by Defendant Ishvarpremi Hospitality LLC d/b/a Red Roof Inn located at 6624 Interstate 27, Lubbock, Lubbock County, Texas and at a hotel owned by Defendant located at 6800 W. IH-40 Frontage Rd., Amarillo, Potter County, Texas. (*Id.*) Despite there being no relation whatsoever between the defendants and Defendant's hotel being located in Potter County, Texas, Plaintiff brought sought against Defendant in Lubbock County, Texas.

**DEFENDANT USA HOTEL LODGING LTD. d/b/a RED ROOF INN'S MOTION TO TRANSFER VENUE, ORIGINAL ANSWER SUBJECT THERETO AND MOTION TO SEVER**      **Page 1**

Copy from re:SearchTX

## II. Motion to Transfer Venue

Defendant objects to venue in Lubbock County and would show that venue in such county is not proper as to Defendant. Venue in this matter is controlled by Section 15.002 of the Texas Civil Practice & Remedies Code. As such, Defendant has the right for such suit to be brought in the county of Defendant's residence in this state or the county in which all or a substantial part of the events or omissions giving rise to Plaintiff's claim against Defendant occurred, both of which are Potter County. Plaintiff acknowledges that with respect to Defendant, all or a substantial part of the events or omissions giving rise to Plaintiff's claim, if any, against Defendant occurred at the hotel alleged to be owned by Defendant located at 6800 W. IH-40 Frontage Rd., Amarillo, Potter County, Texas. With respect to Defendant, Defendant denies that any events or omissions giving rise to Plaintiff's claim against Defendant occurred in Lubbock County.

## III. Original Answer Subject to Motion to Transfer Venue

Defendant generally denies each and every, all and singular, the material allegations contained in Plaintiff's live petition and demands strict proof thereof. Tex. R. Civ. P. 92.

## IV. Motion to Sever

**A.    Applicable Law**

A trial court's discretion in determining whether to grant severance is broad, but not unlimited. *In re Gen. Agents Ins. Co. of Am.*, 254 S.W.3d 670, 673 (Tex. App.—Houston [14th Dist.] 2008, orig. proceeding [mand. denied]). A trial court may not deny severance "[w]hen all of the facts and circumstances of the case unquestionably require a separate trial to prevent manifest injustice, there is no fact or circumstance supporting or tending to support a contrary conclusion, and the legal rights of the parties will not be prejudiced thereby." *Womack v. Berry*, 291 S.W.2d 677, 683 (Tex. 1956). In *In re Reynolds*, the Court of Appeals held that the trial court abused its

**DEFENDANT USA HOTEL LODGING LTD. d/b/a RED ROOF INN'S MOTION TO TRANSFER VENUE, ORIGINAL ANSWER SUBJECT THERETO AND MOTION TO SEVER**                                                                                   **Page 2**

Copy from re:SearchTX

discretion by refusing to sever the plaintiff's claims because although they had "some overlapping facts and issues," they did not involve "*the same* facts and issues." *In re Reynolds*, 369 S.W.3d 638, 644-45, 655-56 (Tex. App.—Tyler 2012, orig. proceeding) (emphasis added).

A claim is severable if (1) the controversy involves more than one cause of action, (2) the severed claim is one that would be the proper subject of a lawsuit if independently asserted, and (3) the severed claim is not so interwoven with the remaining action that they involve the same facts and issues. *Guar. Fed. Sav. Bank v. Horseshoe Operating Co.*, 793 S.W.2d 652, 658 (Tex. 1990). If a claim is severable, severance should be granted to do justice, avoid prejudice, and further convenience. *Id.*

**B.   Plaintiff's Claims Against Defendant USA Hotel Lodging Ltd. d/b/a Red Roof Inn Should be Severed from Plaintiff's Claims against Defendant Ishvarpremi Hospitality LLC d/b/a Red Roof Inn**

With respect to the severability of Plaintiff's claims, Plaintiff's claims against Defendants indisputably involve more than one cause of action and would be the proper subjects of lawsuits if independently asserted. At issue is only the third severability element: whether Plaintiff's claims against Defendant are "so interwoven" with Plaintiff's claims against Defendant Ishvarpremi Hospitality LLC "that they involve the same facts and issues." *See id*. They are not, and they do not. Generally, Plaintiff's claims against Defendant concern whether Defendant knowingly benefitted from the trafficking of Plaintiff at Defendant's hotel in Potter County, Texas. Plaintiff's claims against Defendant Ishvarpremi Hospitality LLC, on the other hand, concern whether Defendant Ishvarpremi Hospitality LLC knowingly benefitted from the trafficking of Plaintiff at Defendant Ishvarpremi Hospitality LLC's hotel in Lubbock County. Plaintiff's claims against Defendants, then, involve different facts, time periods and issues and are not so interwoven as to

**DEFENDANT USA HOTEL LODGING LTD. d/b/a RED ROOF INN'S MOTION TO TRANSFER VENUE, ORIGINAL ANSWER SUBJECT THERETO AND MOTION TO SEVER**                                                                                                                                                  **Page 3**

Copy from re:SearchTX

prohibit severance. Further, severance is also necessary so that each case be tried in the proper venue (see above).

## V. Jury Demand

Defendant demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant USA Hotel Lodging Ltd. d/b/a Red Roof Inn respectfully prays that Plaintiff's claims against Defendant be severed from Plaintiff's claims against Defendant Ishvarpremi Hospitality LLC, that venue for Plaintiff's claims against Defendant be transferred to Potter County, Texas, that upon final trial and hearing hereof, that no recovery be had from Defendant and that Defendant recover its cost, and for such other and further relief to which Defendant may be justly entitled and will ever pray.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

By: /s/ S. Todd Parks
S. Todd Parks
State Bar No. 15526520

400 Main Street
Decatur, Texas 76234
Telephone:   (940) 626-8254
Facsimile:   (214) 760-1670
ParksEDocsNotifications@wbclawfirm.com

**ATTORNEY FOR DEFENDANT
USA HOTEL LODGING LTD. d/b/a
RED ROOF INN**

## CERTIFICATE OF SERVICE

This is to certify that on this the 15TH day of May, 2023, a true and correct copy of the above document has been forwarded to all counsel of record.

/s/ S. Todd Parks
S. TODD PARKS

---

**DEFENDANT USA HOTEL LODGING LTD. d/b/a RED ROOF INN'S MOTION TO TRANSFER VENUE,
ORIGINAL ANSWER SUBJECT THERETO AND MOTION TO SEVER** **Page 4**

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Barrett Salmon on behalf of S. Todd Parks
Bar No. 15526520
barrett.salmon@wbclawfirm.com
Envelope ID: 75623198
Filing Code Description: MCHV  -  Motion To Transfer
Filing Description: Defendant USA Hotel Lodging Ltd. d/b/a Red Roof Inn's Motion to Transfer Venue, Original Answer Subject Thereto and Motion to Sever
Status as of 5/15/2023 10:42 AM CST

Associated Case Party: JANE DOE (K.D.)

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Misty Sonnier | | msonnier@provostumphrey.com | 5/15/2023 9:50:08 AM | SENT |
| Debra Felps | | dfelps@pulf.com | 5/15/2023 9:50:08 AM | SENT |
| Colin D.Moore | | cmoore@pulf.com | 5/15/2023 9:50:08 AM | SENT |
| Jackie Ryall | | jryall@pulf.com | 5/15/2023 9:50:08 AM | SENT |
| Matthew Matheny | | mmatheny@pulf.com | 5/15/2023 9:50:08 AM | SENT |
| Pamela McLemore | 24099711 | pamm@gld-law.com | 5/15/2023 9:50:08 AM | SENT |
| David Harris | 24049273 | dharris@shhlaw.com | 5/15/2023 9:50:08 AM | SENT |
| Annie McAdams | 24051014 | Annie@mcadamspc.com | 5/15/2023 9:50:08 AM | SENT |
| Michael TGallagher | | mike@gld-law.com | 5/15/2023 9:50:08 AM | SENT |
| Bryan OBlevins | | bblevins@pulf.com | 5/15/2023 9:50:08 AM | SENT |
| Mandy Andrews | | mandrews@pulf.com | 5/15/2023 9:50:08 AM | SENT |
| Rachel RMarshall | | rmarshall@pulf.com | 5/15/2023 9:50:08 AM | SENT |
| Morgan Malouf | 24127767 | mmalouf@shhlaw.com | 5/15/2023 9:50:08 AM | SENT |
| HT PULF | | HT@provostumphrey.com | 5/15/2023 9:50:08 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Karen Langston | | karen.langston@fletcherfarley.com | 5/15/2023 9:50:08 AM | SENT |
| Paul W.Bennett | | paul.bennett@fletcherfarley.com | 5/15/2023 9:50:08 AM | SENT |
| Jason B.Jacob | | jason.jacob@fletcherfarley.com | 5/15/2023 9:50:08 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Barrett Salmon on behalf of S. Todd Parks
Bar No. 15526520
barrett.salmon@wbclawfirm.com
Envelope ID: 75623198
Filing Code Description: MCHV - Motion To Transfer
Filing Description: Defendant USA Hotel Lodging Ltd. d/b/a Red Roof Inn's Motion to Transfer Venue, Original Answer Subject Thereto and Motion to Sever
Status as of 5/15/2023 10:42 AM CST

Case Contacts

| Yolanda Rodriguez | | yolanda.rodriguez@fletcherfarley.com | 5/15/2023 9:50:08 AM | SENT |
| Alexandria Francis | | alexandria.francis@fletcherfarley.com | 5/15/2023 9:50:08 AM | SENT |

Associated Case Party: USA HOTEL LODGING LTD D/B/A RED ROOF INN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| S. Todd Parks | | ParksEDocsNotifications@wbclawfirm.com | 5/15/2023 9:50:08 AM | SENT |