CAUSE NO. 2023-35040

| | | |
|---|---|---|
| JANE DOE (K.D.) § | | IN THE DISTRICT COURT |
| *Plaintiff,* § | | |
| § | | |
| vs. § | | HARRIS COUNTY, TEXAS |
| § | | |
| ISHVARPREMI HOSPITALITY LLC § | | |
| D/B/A RED ROOF INN and USA § | | |
| HOTEL LODGING LTD D/B/A § | | |
| RED ROOF INN § | | |
| *Defendant* § | | 11TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MASTER DOCKET NO. 2020-28545

| | | |
|---|---|---|
| IN RE JANE DOES CASES § | | 11TH MDL CIVIL COURT |
| § | | |
| MDL NO. 19-0991 § | | HARRIS COUNTY, TEXAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Transferred from:* CAUSE NO. DC-23-CV-0459

| | | |
|---|---|---|
| JANE DOE (K.D.) § | | IN THE DISTRICT COURT |
| *Plaintiff,* § | | |
| § | | |
| vs. § | | LUBBOCK COUNTY, TEXAS |
| § | | |
| ISHVARPREMI HOSPITALITY LLC § | | |
| D/B/A RED ROOF INN and USA § | | |
| HOTEL LODGING LTD D/B/A § | | |
| RED ROOF INN § | | |
| *Defendant* § | | 99TH JUDICIAL DISTRICT |

**PLAINTIFF JANE DOE (K.D.)'S CERTIFICATE OF WRITTEN DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

**JANE DOE (K.D.)**, Plaintiff in the above-styled and numbered cause, files this Certificate of Written Discovery and respectfully shows the Court the following written discovery was served on Defendants:

1. Plaintiff's Initial Disclosures;

2. Plaintiff's Answers to Interrogatories;

3. Plaintiff's Responses to Requests for Production; and

4. Plaintiff's Responses to Requests for Admissions.

                                          Respectfully submitted,

By: _____

**PROVOST★ UMPRHEY LAW FIRM, L.L.P.**
Matthew M. Mattheny | SBN 24039040
Bryan O. Blevins | SBN 02487300
Jaqueline Ryall | SBN 17469445
Colin D. Moore | SBN 24041513
350 Pine Street, Suite 1100
Beaumont, Texas 77701
(409) 835-6000
(409) 838-8888 Facsimile
mmatheny@pulf.com
bblevins@provostumphrey.com
jryall@provostumphrey.com
cmoore@provostumphrey.com

**ANNIE MCADAMS PC**
Annie McAdams | SBN 2405104
1150 Bissonnet
Houston Texas 77005
(713) 785-6262
(888) 713-0451 Facsimile
annie@mcadamspc.com

**SICO, HOELSCHER, HARRIS, LLP**
David E. Harris | SBN 24049273
Morgan A. Malouf | SBN 24127767
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

(361) 653-3300
(361) 653-3333 Facsimile
dharris@shhlaw.com
mmalouf@shhlaw.com

**THE GALLAGHER LAW FIRM**
Michael T. Gallagher | SBN 07586000
Pamela McLemore | SBN 24099711
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713)222-0066 Facsimile
mike@gld-law.com
pamm@gld-law.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing documents were served to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this 10th day of August 2023.

By: _____
MATTHEW C. MATHENY